IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| LISA HENSE, | ) | |
|         Plaintiff, | ) | |
| | ) | Case No. |
| -v- | ) | |
| | ) | |
| HONEST JOHN'S INC., | ) | |
|         Defendant, | ) | |

## **COMPLAINT**

Plaintiff, LISA HENSE, through her attorneys, O'CONNOR LAW GROUP, LLC and DWIGHT C. ADAMS & ASSOCIATES, complains as follows of Defendant, HONEST JOHN'S INC.:

1. This Court has jurisdiction pursuant to 28 U.S.C.S. §1332, evidenced by paragraphs two and three of this Complaint.

2. Plaintiff, an American citizen, is a resident of the state of Wisconsin.

3. Defendant is incorporated in Illinois and is a resident of Jo Daviess County, Illinois

4. Venue in the Western Division (of the Northern District of Illinois) is proper since the incident occurred in Galena, Jo Daviess County, Illinois, and since Defendant is a resident of Jo Daviess County, Illinois.

5. On and prior to April 21, 2014, Defendant owned, operated, maintained and/or controlled a business known as 'Honest John's Trading Post', open to the public and located at 130 S. Main Street, Galena (Jo Daviess County), Illinois.

6. On and prior to April 21, 2014, there was a series of steps that customers used to access certain areas of 'Honest John's Trading Post', and Defendant owned, operated, maintained and/or controlled these steps.

7. On April 21, 2014, Plaintiff was a customer and invitee of 'Honest John's Trading Post'.

8. On and prior to April 21, 2014, Defendant had a duty to maintain the property [on which 'Honest John's Trading Post was operated] in a reasonably safe condition, including the steps that customers used to access certain areas 'Honest John's Trading Post. Defendant also had a duty to exercise ordinary care for Plaintiff's safety.

9. Regarding the stairway described in this Complaint, Defendant negligently breached its duties in one or more of the following ways:

    a) Placed and/or permitted obstructions in the stairway and/or in the platform/landing areas of the stairway;

    b) The stair treads and risers were not of uniform shape and size;

    c) The tolerance between the largest and smallest riser height exceeded the permissible tolerance set by applicable codes and by applicable industry standard;

    d) The width of the landing area was less than the width of the stairway;

    e) The handrail height above the stair tread nosing did not comply with applicable codes and industry standards

    f) Failed to have handrails on both sides of the stairway;

    g) Failed to have nosing on each tread of the stairway;

    h) The nosing on the tread was not properly secured;

    i) Failed to maintain the stairway and/or platform/landing areas in a reasonably safe condition;

    j) Failed to properly inspect the stairway and/or platform/landing areas;

    k) Failed to warn invitees such as Plaintiff of the unsafe conditions of the stairway;

10. Defendant is liable for the negligent acts or omissions of its employees and agents, including those working at 'Honest John's Trading Post'.

11. As a proximate result of one or more of Defendant's negligent acts or omissions, on April 21, 2014, Plaintiff was injured while walking on the steps that customers use to access certain

areas of 'Honest John's Trading, and as a proximate result Plaintiff was severely and permanently injured, and incurred general and special damages, including medical expenses, lost earnings and employment benefits, pain & suffering, disability, loss of normal life, and distress.

WHEREFORE, Plaintiff, LISA HENSE, demands judgment in her favor and against Defendant, HONEST JOHN'S INC., in an amount not less than $75,000.00 and which will compensate her for all general and special damages, including payments for medical expenses, lost earning and employment benefits, pain and suffering, disability, loss of normal life, and distress.

Respectfully submitted

s/ Bryan J. O'Connor Jr.\_\_\_
Bryan J. O'Connor Jr.
Attorney for Plaintiff
ARCD #6285062
O'Connor Law Group, LLC
140 S. Dearborn, Suite 320
Chicago, IL 60603
312-236-1814 (ph)
312-580-5479 (fax)
bocjr@oconnorlawgrp.com


s/ Dwight C. Adams_____
Dwight C. Adams
Attorney for Plaintiff
Dwight C. Adams & Associates
1855 Rohlwing Road #D
Rolling Meadows, IL 60080
847-818-8060
847-818-8069
dwightca@gmail.com